# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0338. SYLVESTER SMITH v. THE STATE.**

Sylvester Smith pled guilty to aggravated assault and other offenses in March 2024. He filed a motion to modify sentence in July 2024, which the trial court denied on July 22, 2024. Forty-nine days later, on September 9, 2024, Smith filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Smith's notice of appeal was not timely filed, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/16/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*